**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE | : | NO. 521 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 43rd JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of November 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 43rd Judicial District (Monroe County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Monroe County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 43-2-01                        Stroudsburg Borough
Magisterial District Judge Kristina Anzini

Magisterial District 43-2-02                        East Stroudsburg Borough
Magisterial District Judge Michael R. Muth

Magisterial District 43-3-01                        Coolbaugh Township
Magisterial District Judge Danielle Travagline

Magisterial District 43-3-02                        Hamilton Township
Magisterial District Judge Paul J. Gasper         Stroud Township

Magisterial District 43-3-03
Magisterial District Judge Daniel Kresge

Jackson Township
Pocono Township

Magisterial District 43-3-04
Magisterial District Judge Colleen Mancuso

Chestnuthill Township
Eldred Township
Polk Township
Ross Township

Magisterial District 43-4-01
Magisterial District Judge Brian R. Germano

Delaware Water Gap Borough
Middle Smithfield Township
Smithfield Township

Magisterial District 43-4-02
Magisterial District Judge Phillip R. Riley

Barrett Township
Mount Pocono Borough
Paradise Township
Price Township

Magisterial District 43-4-04
Magisterial District Judge John R. Caffese

Tobyhanna Township
Tunkhannock Township